ORIGINAL

FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0130

In Re the Parenting of F.L.F.L.K.,

CHRISTOPHER J. LAMM,

Petitioner and Appellant,

and

AMANDA R. KINNEY ANDERSON,

Respondent and Appellee.

FILED

APR 23 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

When self-represented Appellant Christopher J. Lamm ("Christopher") filed his Notice of Appeal on March 4, 2024, he also filed his request for production of transcripts for a February 5, 2024 hearing about a final parenting plan. Within his request, he indicated that he had made arrangements with each court reporter to pay for the transcripts. On March 27, 2024, Christopher filed a motion for extension of time of thirty days to file his opening brief because he had not heard when the transcript for a February 5, 2024 hearing would be completed for filing with this Court. He added that he last had contact with the Court Reporter on March 18, 2024.

This Court received the electronic record from the Roosevelt County District Court on March 6, 2024. The Court Reporter, upon proper payment, should have filed the transcript by April 15, 2024. We held Christopher's motion until that date passed.

On April 17, 2024, Court Reporter Sandra Reiter filed a Notice of Preparation of Transcript, after agreeing to produce the transcript. Within that notice, the Court Reporter provided that "[a] copy of the transcript may be obtained by contacting Sandra Reiter, Certified Electronic Court Reporter."

Christopher's motion, while premature, did provide notice to this Court about the lack of a transcript and complete record. M. R. App. P. 8. It is not clear whether this Court

Reporter has received payment from Christopher here. We recommend that Christopher make contact and arrange payment with this Court Reporter who has produced the transcript for appeal. Once the transcript is filed with this Court, Christopher will have thirty days after the receipt of the transcript to file his opening brief. Christopher may file a motion for extension of time with this Court when he receives notice about the transcript's filing. Therefore,

IT IS ORDERED that Christopher's Motion for Extension of Time is DENIED without prejudice.

The Clerk is directed to provide a copy of this Order to all parties and to Court Reporter Sandra Blakesly Reiter, sandra.reiter@mt.gov.

DATED this 23ʳᵈ day of April, 2024.

For the Court,

By _____
Chief Justice

2